**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 12-mc-40 (JNE/TNL) |
| ) | |
| NANCY E. AHLQUIST, ) | |
| ) | |
| Respondent. ) | |

## REPORT AND RECOMMENDATION

Based on the Petition of the United States to Enforce Internal Revenue Service Summonses, the Declaration of Revenue Officer Joseph D. Fude, and Respondent's Response waiving any objection to enforcement of the petition, the Show Cause Hearing set for Friday, June 29, 2012 is **HEREBY CANCELED**, and **IT IS HEREBY RECOMMENDED** that:

1. The United States of America's Petition to Enforce Internal Revenue Service Summonses [Docket No 1] be **GRANTED**; and

2. Respondent be ordered to obey the summonses in their entirety no later than 5:00 p.m. on July 31, 2012.

Dated: June 29, 2012

                                                          *s/ Tony N. Leung*
                                                         Magistrate Judge Tony N. Leung
                                                         United States District Court