# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 12-MC-40 (JNE/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Nancy E. Ahlquist, | |
| Defendant. | |

Bahram Samie, Assistant United States Attorney, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 (for Petitioner).

Rosalind R. Sullivan, The Law Office of Rosalind R Sullivan, 1022 Oliver Avenuw North, Minneapolis, MN 55411 (for Respondent).

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 29, 2012 (Docket No.9), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The United States of America's Petition to Enforce Internal Revenue Service Summonses [Docket No 1] is **GRANTED**; and

2. Respondent is ordered to obey the summonses in their entirety no later than 5:00 p.m. on July 31, 2012.

Date: 7-27-2012

s/ Joan N. Ericksen
The Honorable Joan N. Ericksen
United States District Court Judge
for the District of Minnesota